**ELECTRONICALLY FILED**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CASE NO. 7:17-cv-00046-ART-EBA

JENNIFER BINGHAM, as Executrix of the
ESTATE of HELEN RAY, *et al.*,                                                          PLAINTIFFS

v.                              **MOTION TO ENFORCE SETTLEMENT**

KENTUCKY MEDICAL INVESTORS, LLC (GA) d/b/a
MOUNTAIN VIEW HEALTH CARE CENTER, *et al.*                              DEFENDANTS

* * * * * * * * * * * *

Defendants, Kentucky Medical Investors, LLC (GA) d/b/a Mountain View Health Care Center; Kentucky Medical Investors, LLC (GA); Kentucky Medical Investors, LTD; SAK JR., LLC; SBK, LLC; and Life Care Centers of America, Inc., ("Defendants"), move this Honorable Court to Enforce the Settlement Agreement signed by Plaintiff, Jennifer Bingham, as Executrix of the Estate of Helen Ray.  Defendants further state as follows:

1. On September 6, 2017 the parties agreed to settle this case with payment to be made within ninety (90) days of receipt of certain documents more fully described in the attached Exhibit.  (Exhibit 1).

2. Initially, Plaintiff's counsel requested payment within ninety (90) days of the agreed upon settlement date.  Defendants were not agreeable to that term. (Exhibit 2).

3. A draft "Settlement Agreement and General Release" as well as the required documents were timely sent to Plaintiff's counsel on September 6, 2017.  (Exhibit 3).

4. Plaintiff, Jennifer Bingham, executed the "Settlement Agreement and General Release" which included the following language that payment would be made:

> "ninety (90) days following receipt by the Released Parties of this executed release, completed and executed Claimant Information Form, W9, detailed Medicare Conditional Payment Letter with ICD-9/ ICD-10 codes, Probate documentation appointing Ms. Bingham as Executrix of the Estate of Helen Ray and Completed Settlement Check Information Form".

Defendants received the signed release on September 15, 2017. Defendants did not receive the additional documents specified in the release at that time. (Exhibit 4) (A copy of the "Settlement Agreement and General Release" is tendered under seal as Exhibit 5).

5. On September 18, 2017 Defendant received the remaining required documents. However, Plaintiff and Plaintiff's counsel did not execute the Claimant Information Form, despite having agreed that this was a term of the settlement. (Exhibit 6).

6. Additionally, Plaintiff has not provided the Social Security Number of Ms. Bingham or the Estate of Helen Ray which is required information on the Claimant Information Form.

7. To date Plaintiff and Plaintiff's counsel have refused to execute the Claimant Information form or provide the correct Social Security Number.

8. Defendants are prepared to make the agreed upon payment within ninety (90) days of receipt of Executed Claimant Information Form and the correct Social Security Number.

WHEREFORE, Defendants respectfully request this Court grant its Motion to Enforce Settlement Agreement and order Plaintiff to Execute the Claimant Information form and provide the correct Social Security Number.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

/s/ William K. Burnham
William K. Burnham
Matthew Cocanougher
9300 Shelbyville Road, Suite 400
Louisville, Kentucky 40222
Telephone:  (502) 423-6390
Facsimile:  (502) 423-6391
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served, this 18th day of October, 2017, via the Court's Electronic Filing System:

Stephen M. Garcia, Esq.
Tyler Mastin, Esq.
Garcia, Artigliere & Medby
444 East Main Street
Lexington, KY 40507

/s/ William K. Burnham
ATTORNEY FOR DEFENDANT