UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CASE NO. 7:17-cv-00046-ART-EBA

JENNIFER BINGHAM, as Executrix of the
ESTATE of HELEN RAY, *et al*.,                                                              PLAINTIFFS

v.        **AGREED ORDER DISMISSING WITH PREJUDICE**

KENTUCKY MEDICAL INVESTORS, LLC (GA) d/b/a
MOUNTAIN VIEW HEALTH CARE CENTER, *et al.*                              DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \*

The parties having agreed, and the Court being otherwise sufficiently advised, it is hereby ORDERED that all claims against all Defendants, including, but not limited to, Kentucky Medical Investors, LLC (GA) d/b/a Mountain View Health Care Center; Kentucky Medical Investors, LLC (GA); Kentucky Medical Investors, LTD; SAK JR., LLC; SBK, LLC; and Life Care Centers of America, Inc., are hereby dismissed in their entirety with prejudice as settled, with each party to bear its respective costs. This agreement resolves all claims remaining at issue in this case. The Clerk of Court is directed to strike this matter from the active docket.

| | |
|---|---|
| /s/ William Artiglere (w/ permission by WKB) | /s/ William K. Burnham |
| Stephen M. Garcia, Esq. | William K. Burnham, Esq. |
| William Artiglere, Esq. | Matthew Cocanougher, Esq. |
| Tyler Mastin, Esq. | Quintairos, Prieto, Wood & Boyer, P.A. |
| Garcia, Artigliere & Medby | 9300 Shelbyville Road, Suite 400 |
| 444 East Main Street | Louisville, Kentucky 40222 |
| Lexington, KY 40507 | *Counsel for Defendants* |
| *Counsel for Plaintiffs* | |